COUNSEL FOR DEBTOR-DEFENDANT
DIRECTORY DISTRIBUTING ASSOCIATES, INC.
AND NON-DEBTOR DEFENDANTS RICHARD
PRICE, STEVE WASHINGTON, LAURA
WASHINGTON, ROLAND E. SCHMIDT, AND
SANDY SANDERS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>**DIRECTORY DISTRIBUTING ASSOCIATES, INC.,**<br><br>Debtor. | **Chapter 11**<br><br>Case No. 16-47428 (E.D. MO.) |
| **ERVIN WALKER; DONALD WALKER; ERIC ALLEN; JUSTIN COOPER; REGINA COUTEE; AND BRIAN MATHIS;**<br>    PLAINTIFFS<br><br>v.<br><br>**DIRECTORY DISTRIBUTING ASSOCIATES, INC.; RICHARD PRICE; STEVE WASHINGTON; LAURA WASHINGTON; ROLAND E. SCHMIDT; AND SANDY SANDERS; AND AT&T CORPORATION;**<br>    DEFENDANTS. | ADV. PROC. NO. _____ |

NOTICE OF REMOVAL - Page 1

## NOTICE OF REMOVAL

Directory Distributing Associates, Inc. ("DDA"), Richard Price, Steve Washington, Laura Washington, Roland E. Schmidt, and Sandy Sanders, (collectively, the "Removing Parties"), hereby file this *Notice of Removal* pursuant to 28 U.S.C. § 1452(a), Federal Rule of Bankruptcy Procedure 9027, and Bankruptcy Local Rule 9027-1.

## The Removed Case

1. The lawsuit being removed is Cause No. 2011-50578 in the 269th Judicial District Court of the State of Texas, County of Harris (the "State Court") styled *Ervin Walker, et al. v. Directory Distributing Associates, Inc., Richard Price, Steve Washington, Laura Washington, Roland E. Schmidt, and Sandy Sanders, and AT&T Corporation* (the "Lawsuit").

2. The removed claims are for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

## The Parties

3. Plaintiffs are Ervin Walker, Donald Walker, Eric Allen, Justin Cooper, Regina Coutee, Brian Mathis, and approximately 2,500 individuals who opted into the Lawsuit as plaintiffs after the State Court conditionally certified the case as a collective action.

4. A list of Plaintiffs and the addresses they provided to the Court when opting in is attached hereto as Exhibit No. 22.[1]

5. Plaintiff Ervin Walker is appearing *pro se* in the Lawsuit. His address is:

---

[1] The list of Plaintiffs in Exhibit No. 22 consists of all individuals who filed opt-in consent forms and were not dismissed for improper venue. By filing Exhibit No. 22, the Removing Parties do not concede that any of these individuals are proper plaintiffs and expressly reserve their rights to challenge the participation in the Lawsuit of any or all of these individuals based on any ground, including but not limited to: expiration of the statute of limitations, untimely filing of the opt-in consent form, and decertification of the collective action based on the fact that the individuals in the conditionally certified class are not similarly situated.

NOTICE OF REMOVAL - Page 2

       Ervin Eugene Walker
       4014 Prudence Drive
       Houston, TX 77045
       wlkervn@aol.com

6.     All other Plaintiffs are represented by the following counsel:

       Richard Warren Mithoff
       Janie L. Jordan
       Mithoff Law
       One Allen Center
       500 Dallas, Suite 3450
       Houston, TX 77002
       (713) 654-1122
       rmithoff@mithofflaw.com
       jjordan@mithofflaw.com

       Russell S. Post
       Rovin O'Neal
       Beck Redden, LLP
       1221 McKinney #4500
       Houston, TX 77010-2010
       (713) 951-3700
       rpost@beckredden.com

       Cynthia Thompson Diggs
       Rachel Smith
       Judith Sadler
       Holmes, Diggs & Eames, PLLC
       5300 Memorial Drive, Suite 900
       Houston, Texas 77007
       (713) 802-1777
       cdiggs@holmesdiggs.com
       rsmith@holmesdiggs.com
       jsadler@holmesdiggs.com

7.     Defendants are DDA; former DDA employees Richard Price, Steve Washington, Laura Washington, Roland E. Schmidt, and Sandy Sanders; and AT&T Corp.

8.     Defendant DDA is located at 1324 Clarkson Clayton Center, Box 348, Ellisville, Missouri 63011.

9.     Defendants DDA, Richard Price, Steve Washington, Laura Washington, Roland E. Schmidt, and Sandy Sanders are represented by the following counsel:

NOTICE OF REMOVAL - Page 3

      L. Don Luttrell
Luttrell & Williams, P.C.
3000 Wesleyan, Suite 245
Houston, Texas 77027
(713) 877-1077

      Brian E. McGovern
Bryan M. Kaemmerer
McCarthy, Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town & Country, Missouri 63017-5946
(314) 392-5200

      Walter James Kronzer, III
Walter James Kronzer, III, P.C.
3000 Wesleyan, #247
Houston, TX 77027
(713) 622-5766
wkronzer@kronzer.comhide

10.     Defendant AT&T Corp. is a New York corporation with its principal place of business at One AT&T Way, Bedminster NJ 07921-0752. Defendant AT&T Corp. is represented by the following counsel:

      Katherine Treistman
Orrick, Herrington & Sutcliffe LLP
1301 McKinney Street, Suite 4100
Houston, TX 77010-3096
(713) 658-6400
ktreistman@orrick.com

      Julie A. Totten
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 96814-4497
(916) 447-9200
jatotten@orrick.com

11.     All Defendants have been served with process in the Lawsuit.

12.     Though consent of other named co-defendants is not necessary for removal under 28 U.S.C. § 1452, the Removing Parties are informed that defendant AT&T Corp. consents to removal in this action.

### Basis for Removal

13. On October 14, 2016, DDA filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, in the United States Bankruptcy Court for the Eastern District of Missouri, St. Louis Division (Cause No. 16-47428) (the "DDA Bankruptcy Proceeding").[2]

14. Removal of the Lawsuit is proper under 28 U.S.C. § 1452(a) because the claims being removed are pending in "a civil action other than a proceeding before the United States Tax Court or a civil action by a governmental unit to enforce such governmental unit's police or regulatory power" and this Court has subject matter jurisdiction under 28 U.S.C. § 1334.

15. Federal subject matter jurisdiction exists under 28 U.S.C. § 1334 because the Lawsuit is "related to" the DDA Bankruptcy Proceeding. A judgment against DDA would directly and substantially affect the amount of property available for distribution among the estate's creditors.

16. Venue is proper in the Southern District of Texas under 28 U.S.C. § 1452(a) because the State Court where the Lawsuit is pending is located in this district. Pursuant to the District Court's General Order 2012-6, the Lawsuit is subject to automatic referral to this Court. *See In re: Order of Reference to Bankruptcy Judges*, General Order 2012-6 (S.D. Tex. May 24, 2012); *see also* Bankr. L.R. 9027-1 (providing for removal directly to the bankruptcy court).

17. Following removal, the Removing Parties will likely file a motion to transfer the Lawsuit to the Eastern District of Missouri, where the DDA Bankruptcy Proceeding is pending.

### Rule 9027 Statements

---

[2] DDA's Bankruptcy Petition is attached hereto as Exhibit No. 2.

NOTICE OF REMOVAL - Page 5

18. Upon removal, the Lawsuit will be a core proceeding. To the extent it is otherwise determined that the Lawsuit is a non-core proceeding, the Removing Parties consent to entry of final orders or judgment by the bankruptcy judge. *See* Fed. R. Bankr. P. 9027(a).

### Pleadings of Removed Case

19. Bankruptcy Rule 9027(a) requires copies of all process and pleadings in the underlying action to be attached to the Notice of Removal. Because the Lawsuit has generated an extensive amount of process and pleadings, the Removing Parties are simultaneously filing their "Motion to Limit Process and Pleadings" and incorporate such Motion by reference herein.

20. In accordance with Bankruptcy Rule 9027(a) and Local Rule 9027-1(b), this Notice of Removal is accompanied by an Index of Matters Filed. *See* Exhibit No. 1. The Index of Matters Filed contains pleadings and the docket sheet for Cause No. 46632.

Dated: November 23, 2016

Respectfully submitted,

By: */s/Johnie Patterson*

Johnie Patterson
SBN #15601700
PROPOSED SPECIAL COUNSEL FOR
THE DEBTOR

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713)956-5577 Phone
(713)956-5570 Fax

## **CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document was delivered to the following recipients via electronic delivery on November 23, 2016.

Richard Warren Mithoff
Janie L. Jordan
Rosa Mendoza
MITHOFF LAW FIRM
One Allen Center - Penthouse
500 Dallas Street
Houston, TX 77002
rmithoff@mithofflaw.com
jjordan@mithofflaw.com
rmendoza@mithofflaw.com

Ervin Eugene Walker
4014 Prudence Drive
Houston, TX 77045
wlkervn@aol.com

Brian E. McGovern
Byran M. Kaemmerer
MCCARTHY, LEONARD & KAEMMERER, L.C.
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017-5946
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

L. Don Luttrell
John M. Williams
LUTTRELL & WILLIAMS, P.C.
3000 Wesleyan, Suite 245
Houston, TX 77027
uhdluttrell@aol.com

Cynthia Thomson Diggs
Rachel Smith
Judith Sadler
HOLMES, DIGGS, EAMES & SADLER
5300 Memorial Drive, Suite 900
Houston, TX 77007
cdiggs@holmesdiggs.com
rsmith@holmesdiggs.com
jsadler@holmesdiggs.com

Russell Post
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77062
rpost@beckredden.com

Walter James Kronzer, III
WALTER JAMES KRONZER, III, P.C.
3000 Weslayan, Suite 247
Houston, TX 77027-5753
wkronzer@kronzer.com

Julie A. Totten
Katherine G. Treistman
ORRICK, HERRINGTON & SUTCLIFFE LLP
1301 McKinney, Suite 4100
Houston, Texas 77010-3096
jatotten@orrick.com
ktreistman@orrick.com

          */s/ Johnie Patterson*
          Johnie Patterson