# EXHIBIT 1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § § § § § § § § § | **Chapter 11**<br><br>**Case No. 16-47428 (E.D. MO.)** |
| **DIRECTORY DISTRIBUTING ASSOCIATES, INC.,** | | |
| Debtor. | | |
| **ERVIN WALKER; DONALD WALKR; ERIC ALLEN; JUSTIN COOPER; REGINA COUTEE; AND BRIAN MATHIS;** | § § § § § § § § § § § § § § § § § § § | **ADV. PROC. NO. _____** |
| PLAINTIFFS | | |
| v. | | |
| **DIRECTORY DISTRIBUTING ASSOCIATES, INC.; RICHARD PRICE; STEVE WASHINGTON; LAURA WASHINGTON; ROLAND E. SCHMIDT; AND SANDY SANDERS; AND AT&T CORPORATION;** | | |
| DEFENDANTS. | | |

### INDEX OF MATTERS FILED

Exhibit 1    Index of Matters Filed

Exhibit 2    DDA's Voluntary Petition for Chapter 11 Bankruptcy, October 14, 2016

Exhibit 3    Plaintiffs' Third Amended Petition, July 27, 2012

Exhibit 4    Defendants' First Amended Answer to the Plaintiff's Third Amended Petition on behalf of Defendants DDA, Price, Steve Washington, Laura Washington, Schmidt, and Sanders, November 16, 2012

Exhibit 5    AT&T Corporation's Supplemental Original Answer to Plaintiff's Pleadings and Counterclaims, November 16, 2012

1

| | |
|---|---|
| Exhibit 6 | AT&T Corporation's Original Answer to the Plaintiff's Second Amended Petition, July 13, 2012 |
| Exhibit 7 | Order Granting in Part Plaintiff's Motion for Expedited Judicially Supervised Notice and Conditional Certification of the Collective Action Under Section 216(b), November 26, 2012 |
| Exhibit 8 | Order Denying Without Prejudice Defendant AT&T Corp.'s Motion for Traditional and No Evidence Summary Judgment, December 7, 2012 |
| Exhibit 9 | Order Modifying November 26, 2012 Order to Revise the Definition of the Class, December 21, 2012 |
| Exhibit 10 | Order for Additional Time to Send Notice, January 9, 2013 |
| Exhibit 11 | Order Granting in Part Defendants' Motion for Protective Order and Motion for Sanctions, February 1, 2013 |
| Exhibit 12 | Amended Order Granting in Part Defendants' Motion for Protective Order and Motion for Sanctions, April 25, 2013 |
| Exhibit 13 | Order Granting Defendants' Motion to Dismiss as to Non-Texas Collective Action Plaintiffs, August 16, 2013 |
| Exhibit 14 | Interlocutory Order Granting Defendants' Motion to Dismiss as to Non-Texas Collective Action Plaintiffs, September 19, 2013 |
| Exhibit 15 | Stay of Interlocutory Order, September 19, 2013 |
| Exhibit 16 | Defendant AT&T Corporation's Second Supplemental Answer to Plaintiff's Pleadings, September 18, 2015 |
| Exhibit 17 | Defendants' First Supplemental Answer to Plaintiff's Pleadings on behalf of Defendants DDA, Price, Steve Washington, Laura Washington, Schmidt, and Sanders, September 18, 2015 |
| Exhibit 18 | Order Granting Motions to Withdraw, September 25, 2015 |
| Exhibit 19 | Mandate, May 18, 2016 |
| Exhibit 20 | Fifth Amended Docket Control Order, September 30, 2016 |
| Exhibit 21 | Plaintiff Trent Jedkins' Notice of Non-Suit, October 7, 2016 |
| Exhibit 22 | List of Plaintiffs and the addresses they provided to the Court when opting in |