# EXHIBIT 2

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Directory Distributing Associates, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DDA** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **43-1292935** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1324 Clarkson Clayton Center, Box 348 Ellisville, MO 63011** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Saint Louis** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

| Debtor | **Directory Distributing Associates, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 2

| Debtor | **Directory Distributing Associates, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Directory Distributing Associates, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **October 14, 2016**
                  MM / DD / YYYY

**X /s/ Kristy Runk Bryan, Esq.**                    **Kristy Runk Bryan, Esq.**
Signature of authorized representative of debtor             Printed name

Title     **Attorney**

**18. Signature of attorney**

**X /s/ Robert E. Eggmann**                    Date **October 14, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Robert E. Eggmann**
Printed name

**Desai Eggmann Mason LLC**
Firm name

**7733 Forsyth Boulevard, Suite 800**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone    **314-881-0800**        Email address    **reggmann@demlawllc.com**

**37374**
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page 4

Fill in this information to identify the case:

Debtor name | **Directory Distributing Associates, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AT&T** **675 West Peachtree St NW** **Atlanta, GA 30308** | | **Thrifty - recvd demand from debt colletor; account does not belong to DDA; denied liability** | **Contingent Unliquidated Disputed** | | | $76.02 |
| **Bank of America** **P.O. Box 21848** **Greensboro, NC 27420** | | **LOC Fee** | | | | $3,500.00 |
| **Chris Mentillo** **20 Rowell Road** **Wrentham, MA 02093** | | **Pending workers' comp claim** | | | | $0.00 |
| **Dewey Thompson** **10033 County Road 206** **Cameron, TX 76520** | | **Pending workers' comp claim** | | | | $0.00 |
| **Employment Development Department State of California PO Box 826215 MIC 3A Sacramento, CA 94230-6215** | | **Unemployment and Disability** | **Disputed** | | | $59,494.97 |
| **Erdadour, c/o USA Risk** **2836 Airport Road** **Barre, VT 05641** | | **work comp** | | | | $160,000.00 |
| **Eric Sherman** **66 Arbor Hill Court** **Wentzville, MO 63385** | | **contractor- IT** | | | | $0.00 |
| **Ervin Walker** **4014 Prudence** **Houston, TX 77045** | | **Fraud - Class Action** | | | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Directory Distributing Associates, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Floyd Tatum 1791 Another Way Fulton, MO 65251** | | **Pending workers' comp claim** | | | | **$0.00** |
| **Gallagher Bassett 2 Pierce Place, 3rd Floor Itasca, IL 60143** | | **workers comp Post 2007 WC** | | | | **$0.00** |
| **Globe 710 N Tucker, Ste. 100 Saint Louis, MO 63101** | | **Document storage in STL** | | | | **$36,123.50** |
| **Jack Runk 519 Redondo Drive Chesterfield, MO 63017** | | **contractor - record management** | | | | **$0.00** |
| **James Krawczyk c/o Mark Molumphy Cotchett, Pitre & McCarthy, LLP 840 Malcolm Road, Suite 200 Burlingame, CA 94010** | | **Lawsuit filed in CA** | | | | **$0.00** |
| **Jesus Villalobos 13412 Adler Street Victorville, CA 92392** | | **Pending workers' comp claim** | | | | **$0.00** |
| **John Runk 8512 State Route C Sainte Genevieve, MO 63670** | | **Director** | | | | **$10,000.00** |
| **Judith Runk 8512 State Route C Sainte Genevieve, MO 63670** | | **Director** | | | | **$10,000.00** |
| **Lewis Brisbois 633 W 5th Street, Ste. 4000 Los Angeles, CA 90071** | | **Legal - Krawczyk** | | | | **$0.00** |
| **Lisa Collins 1612 19th Street Galveston, TX 77550** | | **Pending workers comp claim to be paid by insurance company** | | | | **$0.00** |
| **Lockton Companies, LLC 3 Cityplace Drive, Suite 900 Saint Louis, MO 63141** | | **Insurance - annual charge for consultant services** | | | | **$0.00** |

Debtor **Directory Distributing Associates, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Maria Mendez 9908 Thaxton Rd - E Austin, TX 78747** | | **Pending workers' comp claim** | | | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Directory Distributing Associates, Inc.**
                                               Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __5__ page(s) and is true, correct and complete.

**/s/ Kristy Runk Bryan, Esq.**
**Kristy Runk Bryan, Esq.**/**Attorney**
Signer/Title

Dated:    **October 14, 2016**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

.

```
ACE American Insurance Company
436 Walnut Street
Attn: Collateral Manager
Philadelphia, PA 19106

AT&T
675 West Peachtree St NW
Atlanta, GA 30308

Bank of America
P.O. Box 21848
Greensboro, NC 27420

Burgess Consulting, Inc.
167 Lamp & Lantern Village, Ste 16
Chesterfield, MO 63017

Chris Mentillo
20 Rowell Road
Wrentham, MA 02093

Datotel
710 N Tucker, Ste. 400
Saint Louis, MO 63101

Derrel's Mini Storage, Inc.
3265 West Ashlan Ave.
Fresno, CA 93722

Derrell's Mini Storage
2425 Santa Fe Dr.
Merced, CA 95348

Dewey Thompson
10033 County Road 206
Cameron, TX 76520

Employment Development Department
State of California
PO Box 826215 MIC 3A
Sacramento, CA 94230-6215

Erdadour, c/o USA Risk
2836 Airport Road
Barre, VT 05641

Eric Sherman
66 Arbor Hill Court
Wentzville, MO 63385

Ervin Walker
4014 Prudence
Houston, TX 77045
```

Floyd Tatum
1791 Another Way
Fulton, MO 65251

Gallagher Bassett
2 Pierce Place, 3rd Floor
Itasca, IL 60143

Glen Runk
13987 Hennick Road
Sainte Genevieve, MO 63670

Glen Runk
13987 Henick Road
Sainte Genevieve, MO 63670

Globe
710 N Tucker, Ste. 100
Saint Louis, MO 63101

Globe Building Company
710 North Tucker, Suite 100
Saint Louis, MO 63101

GW Drago Consultants, LLC
Lee Garven
208 Centerfield Drive
O Fallon, MO 63366

GW Drago Consultants, LLC
Rick Weule
208 Centerfield Drive
O Fallon, MO 63366

Internal Revenue Service
P.O. Box 66778
STOP5334STL
Saint Louis, MO 63166

Jack Runk
519 Redondo Drive
Chesterfield, MO 63017

James Krawczyk
c/o Mark Molumphy
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Jesus Villalobos
13412 Adler Street
Victorville, CA 92392

John Runk
8512 State Route C
Sainte Genevieve, MO 63670

Judith Runk
8512 State Route C
Sainte Genevieve, MO 63670

Kristy Runk Bryan
171 Blackrock Lane
Saint Charles, MO 63304

Lewis Brisbois
633 W 5th Street, Ste. 4000
Los Angeles, CA 90071

Lisa Collins
1612 19th Street
Galveston, TX 77550

Lockton Companies, LLC
3 Cityplace Drive, Suite 900
Saint Louis, MO 63141

Luttrell & Williams
3000 Weslayan St #365
Houston, TX 77027

Maria Mendez
9908 Thaxton Rd - E
Austin, TX 78747

McCarthy Leonard Kaemmerer
825 Maryville Centre Drive, Ste. 300
Chesterfield, MO 63017-5946

Missouri Department of Labor
Division of Employment Security
P.O. Box 59
Jefferson City, MO 65104

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 West High Street
Jefferson City, MO 65105

Morvant Ridge
203 S Landry Drive
Gretna, LA 70056

Nat Mendez
9908 Thaxton Rd - E
Austin, TX 78747

NRAI
PO Box 4349
Carol Stream, IL 60197-4346

Ogletree
PO Box 89
Columbia, SC 29202

Rackers & Fernandez
334 Jungermann Road
Saint Peters, MO 63376

Rich Rackers
99 Shiloh Place
Jefferson City, MO 65109

Roland Kolwicz
2 Patriot Lane #7
Georgetown, MA 01833

Server Express, Inc.
3854 Broadmoor Ave SE
Grand Rapids, MI 49512

Service Express, Inc.
3854 Broadmoor Ave., SE
Grand Rapids, MI 49512

Susan Westrich
6203 Hawkins Farm Place
Saint Louis, MO 63129

The UPS Store
1324 Clarkson Clayton Center,
Ballwin, MO 63011

Travelers
940 Westport Plaza
Saint Louis, MO 63146

Travelers
2420 Lakemont Avenue
PO Box 3556
Orlando, FL 32802

UHY Advisors
15 Sunnen Drive, Suite 100
Saint Louis, MO 63143

UHY LLP
Dept CH 16401
Palatine, IL 60055

```
Walter Collins
31898 Palmyra Road
Warrenton, MO 63383

YP
P.O. Box 5010
Carol Stream, IL 60197-5010
```