IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC.,<br><br>  Debtor, | § § § § § § § | CHAPTER 11<br><br>CASE NO. 16-47428 (E.D. Mo.) |
| ERVIN WALKER; DONALD WALKER; ERIC ALLEN; JUSTIN COOPER; REGINA COUTEE; AND BRIAN MATHIS,<br><br>  Plaintiffs,<br><br>v.<br><br>DIRECTORY DISTRIBUTING ASSOCIATES, INC.; RICHARD PRICE; STEVE WASHINGTON; LAURA WASHINGTON; ROLAND E. SCHMIDT; SANDY SANDERS; and AT&T CORPORATION,<br><br>  Defendants. | § § § § § § § § § § § § § § § § § § | ADV. PROC. NO. 16-03258 |

**PLAINTIFFS' EXHIBIT LIST
FOR MOTION TO TRANSFER VENUE HEARING**

| Exhibit Number | Exhibit Description | Objection | Admit | Date |
|---|---|---|---|---|
| P-1 | *Krawczyk* Order re: Motions to Dismiss (12/9/16) | | | |
| P-2 | *Krawczyk* Order re: Settlement Conference (9/26/16) | | | |
| P-3 | DDA Bankruptcy Forms / Schedules (11/14/16) | | | |
| P-4 | *Walker* Transcript of Hearing, No. 16-03258 (1/5/17) | | | |
| P-5 | *Walker* Denial of Petition for Review (4/1/16) | | | |

| | | | | |
|---|---|---|---|---|
| P-6  | *Krawczyk* Docket Sheet (1/25/17) | | | |
| P-7  | *Walker* Docket Sheet (1/27/17) | | | |
| P-8  | *Krawczyk* Joint Stipulation re: Motion to Dismiss Briefing and Stay of Discovery (7/28/16) | | | |
| P-9  | *Krawczyk* Joint Stipulation re: Briefing Schedule for Motions to Dismiss FAC (9/29/16) | | | |
| P-10 | *Krawczyk* Order re: Motion for Extension of Time to File Answer/Response (10/6/16) | | | |
| P-11 | *Krawczyk* Stipulation and Case Management Order (10/21/16) | | | |
| P-12 | *Krawczyk* Civil Conference Minutes (1/19/17) | | | |
| P-13 | *Walker* DDA's Notice of Suggestion of Bankruptcy and Application of Automatic Stay (10/14/16) | | | |
| P-14 | *Krawczyk* Order Requesting Response on Effect of Bankruptcy Filing by DDA (10/18/16) | | | |
| P-15 | *Krawczyk* Order Requesting Status Conference Statements (11/21/16) | | | |
| P-16 | *Krawczyk* Order re: Hearing (11/23/16) | | | |
| P-17 | *Krawczyk* Order re: Hearing Questions (11/30/16) | | | |
| P-18 | *In re DDA, Inc.* U.S. Trustee's Motion for Appointment of Chapter 11 Trustee (12/20/16) | | | |
| P-19 | *In re DDA, Inc.,* Wage and Hour Classes' Joinder and Memorandum in Support of U.S. Trustee's Motion for Appointment of Chapter 11 Trustee (1/16/17) | | | |
| P-20 | *Krawczyk* DDA, Inc.'s Suggestion in Bankruptcy (10/17/16) | | | |
| P-21 | *In re DDA, Inc.,* Hearing Transcript (1/9/17) | | | |
| P-22 | E-mail from J. Sadler to B. McGovern, re: Mediation and Discovery (8/25/15) | | | |
| P-23 | E-mail from T. Riske to C. Ryczek, re: DDA-Interest (12/12/16) | | | |

| | | | | |
|---|---|---|---|---|
| P-24 | *Walker* Notice of Settlement Conference and Settlement Conference Order (8/11/16) | | | |
| P-25 | *In re DDA*, *Inc.*, Docket Sheet (1/27/17)[1] | | | |
| P-26 | *In re DDA, Inc.,* Section 341 Meeting MP3 Recording (11/15/16)[2] | | | |
| P-27 | *Walker* Plaintiff Original Petition (8/25/11) | | | |
| P-28 | *Walker* Original Petition in Intervention (5/2/12) | | | |
| P-29 | *Walker* Petition in Intervention (7/3/12) | | | |
| P-30 | *Krawczyk* Minute Entry for 12/1/16 proceedings | | | |
| P-31 | *Krawczyk* Joint Stipulation Establishing Pleading Deadlines (12/23/16) | | | |
| P-32 | E-mail from B. McGovern to J. Sadler, et al., re: documents relating to plaintiffs (10/12/16) | | | |

---

[1] The attached docket sheet from *In re DDA, Inc.*, No. 16-47428 was current as of Jan. 27, 2017 at 11:41 am. Plaintiffs reserve the right to supplement with an updated docket sheet to reflect any filings before next week's hearing.

[2] The Section 341 meeting in *In re DDA, Inc.*, No. 16-47428 has not been transcribed as of the date of this filing. For the convenience of the Court and the parties, Plaintiffs provide this audio recording, and reserve the right to substitute the official transcript for the recording once completed.

Respectfully submitted,

By: /s/ *Richard W. Mithoff*
Richard Warren Mithoff
**ATTORNEY-IN-CHARGE**
State Bar No. 14228500
rmithoff@mithofflaw.com
**MITHOFF LAW FIRM**
500 Dallas Street, Suite 3450
Houston, TX 77002
(713) 654-1122
(713) 739-8085 (Fax)

**OF COUNSEL:**

Cynthia Thomson Diggs
State Bar No. 18554600
cdiggs@holmesdiggs.com
Judith Sadler
State Bar No. 17511850
jsadler@holmesdiggs.com
Rachel Smith
State Bar No. 24080428
rsmith@holmesdiggs.com
**HOLMES, DIGGS & EAMES, PLLC**
5300 Memorial Drive, Suite 900
Houston, TX 77007
(713) 802-1777
(713) 802-1779 (Fax)

Janie L. Jordan
State Bar No. 11012700
jjordan@mithofflaw.com
**MITHOFF LAW FIRM**
500 Dallas Street, Suite 3450
Houston, TX 77002
(713) 654-1122
(713) 739-8085 (Fax)

Russell S. Post
State Bar. No. 00797258
rpost@beckredden.com
Thomas E. Ganucheau
State Bar No. 00784104
tganucheau@beckredden.com
**BECK REDDEN LLP**
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

**ATTORNEYS FOR PLAINTIFFS**
**DONALD WALKER, ERIC ALLEN, JUSTIN COOPER, REGINA COUTEE AND BRIAN MATHIS**

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of foregoing document was filed with the Court's electronic filing service, which will provide notice of the filing to all counsel of record, as well as by email to all counsel of record below, on January 27, 2017.

Katherine G. Treistman
ORRICK, HERRINGTON & SUTCLIFFE LLP
1301 McKinney St., Suite 4100
Houston, Texas 77010
ktreistman@orrick.com

Brian E. McGovern
Bryan M. Kaemmerer
MCCARTHY, LEONARD & KAEMMERER, L.C.
400 South Woods Mill Road, Suite 250
Chesterfield, MO 63017
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

Ervin Eugene Walker
4014 Prudence Drive
Houston, TX 77045
wlkervn@aol.com

Zack A. Clement
3753 Drummond St.
Houston, Texas 77025
zack.clement@icloud.com

Julie Totten
Marc Levinson
ORRICK, HERRINGTON & SUTCLIFFE, LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95914
jatotten@orrick.com
malevinson@orrick.com

L. Don Luttrell
John M. Williams
LUTTRELL & WILLIAMS, P.C.
3000 Weslayan, Suite 245
Houston, TX 77027
uhdluttrell@aol.com

Johnie Patterson
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
jjp@walkerandpatterson.com

Walter James Kronzer, III
WALTER JAMES KRONZER, III, P.C.
3000 Weslayan, Suite 247
Houston, TX 77027-5753
wkronzer@kronzer.com

      /s/ *Russell S. Post*
      Russell S. Post