# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **DIRECTORY DISTRIBUTING** | § | **CASE NO. 16-47428 (E.D. MO.)** |
| **ASSOCIATES, INC.,** | § | |
| | § | |
| Debtor, | § | |
| | § | |
| **ERVIN WALKER; DONALD WALKER;** | § | |
| **ERIC ALLEN; JUSTIN COOPER;** | § | **ADV. PROC. NO. 16-03258** |
| **REGINA COUTEE; AND BRIAN** | § | |
| **MATHIS,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **DIRECTORY DISTRIBUTING** | § | |
| **ASSOCIATES, INC.; RICHARD** | § | |
| **PRICE; STEVE WASHINGTON;** | § | |
| **LAURA WASHINGTON;** | § | |
| **ROLAND E. SCHMIDT;** | § | |
| **SANDY SANDERS; and AT&T** | § | |
| **CORPORATION,** | § | |
| | § | |
| Defendants | | |

**AT&T CORP.'S EXHIBIT LIST FOR HEARING ON DEBTOR'S MOTION TO TRANSFER VENUE AND PLAINTIFFS' MOTION TO TRANSFER VENUE**

Pursuant to the Court's order (Adv. Doc. No. 19), Defendant AT&T Corp. (incorrectly sued as "AT&T Corporation") hereby submits its exhibit list for the hearing on Debtor's Motion to Transfer Venue (Adv. Doc. No. 15) and Plaintiffs' Motion to Transfer Venue (Adv. Doc. No. 12), scheduled for February 1, 2017:

**Exhibit 1:** Material and Services Agreement 20090702.048 Between Directory Distributing Associates, Inc. And AT&T Services, Inc. For Southwest Region Distribution Services, *filed as Exhibit A to the Declaration of Julie Totten (Adv. Doc. No. 29-1)*.

**Exhibit 2:** Transcript of January 9, 2017 Hearing on Debtor's Motion for Confirmation that the Automatic Stay Pursuant to 11 U.S.C. §362 Includes Indemnified Non-Debtor Co-Defendants, or, in the alternative, for Stay of Proceedings Pursuant to 11 U.S.C. § 105(a), *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.), *filed as Exhibit A to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*.

**Exhibit 3:** Debtor's Motion to Compel Mediation, Dkt. No. 74, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.), *filed as Exhibit B to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*.

**Exhibit 4:** Wage and Hour Classes' Joinder and Memorandum in Support of United States Trustee's Motion for the Appointment of a Chapter 11 Trustee or, in the Alternative, an Examiner, Dkt. No. 64, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.), *filed as Exhibit C to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*.

**Exhibit 5:** Notice of Pendency of Related Case, Dkt. No. 49, *Krawczyk v. Directory Distributing Associates, Inc.*, Case No. 3:16-cv-2531 (N.D. Cal.), <u>*filed as Exhibit D to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*</u>.

**Exhibit 6:** Stipulation and Case Management Order, Dkt. No. 92, *Krawczyk v. Directory Distributing Associates, Inc.*, Case No. 3:16-cv-2531 (N.D. Cal.), <u>*filed as Exhibit E to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*</u>.

**Exhibit 7:** Defendants' Motion to Dismiss as to Non-Texas Collective Action Plaintiffs Pursuant to Texas Civil Practice & Remedies Code Section 15.003, *Walker et al. v. Directory Distributing Associates, Inc., et al.*, Cause No. 2011-50578 (269th Judicial Dist., Harris Cnty., Tex.), <u>*filed as Exhibit F to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*</u>.

**Exhibit 8:** Exhibit A to Defendants' Motion to Dismiss as to Non-Texas Collective Action Plaintiffs Pursuant to Texas Civil Practice & Remedies Code Section 15.003, *Walker et al. v. Directory Distributing Associates, Inc., et al.*, Cause No. 2011-50578 (269th Judicial Dist., Harris Cnty., Tex.), <u>*filed as Exhibit G to AT&T Corp.'s Request for Judicial Notice (Adv. Doc. No. 29-3)*</u>.

**Exhibit 9:** Order on Motions to Dismiss and Strike, Dkt. No. 128, *Krawczyk v. Directory Distributing Associates, Inc.*, Case No. 3:16-cv-2531 (N.D. Cal.).

**Exhibit 10:** Order Granting Joint Stipulation Establishing Pleading Deadlines Pursuant to Civil Local Rule 6-1(a), Dkt. No. 131, *Krawczyk v. Directory Distributing Associates, Inc.*, Case No. 3:16-cv-2531 (N.D. Cal.).

2

**Exhibit 11:** Voluntary Petition for Non-Individuals Filing for Bankruptcy, Dkt. No. 1, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.).

**Exhibit 12:** Docket sheet as of January 27, 2017, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.).

**Exhibit 13:** Debtor's Response to United States Trustee's Motion for the Appointment of a Chapter 11 Trustee, or, in the Alternative, an Examiner, Dkt. No. 67, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.).

**Exhibit 14:** Proposed Order submitted to Judge Surratt-States on January 27, 2017 and agreed upon by all parties, *In re: Directory Distributing Associates, Inc.*, Case No. 16-47428 (E.D. Mo. Bankr.).

Dated:  January 27, 2017	Respectfully submitted,

ZACK A. CLEMENT, PLLC

By:	*/s/ Zack A. Clement*
Zack A. Clement
Texas Bar No. 04361550
3753 Drummond St.
Houston, Texas 77025
832-274-7629 - Telephone
zack.clement@icloud.com
(Correspondence and ECF)

Julie A. Totten (admitted *pro hac vice*)
jatotten@orrick.com
Marc A. Levinson (admitted *pro hac vice*)
malevinson@orrick.com
ORRICK, HERRINGTON, &
SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:   (916) 447-9200
Facsimilie:   (916) 329-4900

Katherine G. Treistman
Texas Bar No. 00796632
ORRICK, HERRINGTON, &
SUTCLIFFE LLP
1301 McKinney St., Suite 4100
Houston, Texas 77010
Telephone:   (713) 658-6470
Facsimile:    (713) 658-6401
ktreistman@orrick.com

*Counsel for AT&T Corp.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served January 27, 2017 via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Southern District of Texas to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served January 27, 2017 via United States Mail, first class postage prepaid to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

Cynthia Thomson Diggs
Judith Sadler
Rachel Smith
HOLMES, DIGGS &EAMES, PLLC
5300 Memorial Drive, Suite 900
Houston, TX 77007
cdiggs@holmesdiggs.com
jsadler@holmesdiggs.com
rsmith@holmesdiggs.com

Richard Warren Mithoff
MITHOFF LAW FIRM
500 Dallas Street, Suite 3450
Houston, Texas 77002
rmithoff@mithofflaw.com

Ervin Eugene Walker
4014 Prudence Drive
Houston, TX 77045
wlkervn@aol.com

Russell S. Post
BECK REDDEN, LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
rpost@beckredden.com

Brian E. McGovern
Bryan M. Kaemmerer
MCCARTHY, LEONARD &
  KAEMMERER, L.C.
400 South Woods Mill Road, Suite 250
Chesterfield, MO 63017
bmcgovern@mlklaw.com
bkaemmerer@mlklaw.com

L. Don Luttrell
John M. Williams
LUTTRELL &WILLIAMS, P.C.
3000 Weslayan, Suite 245
Houston, TX 77027
uhdluttrell@aol.com

Johnie Patterson
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, Texas 77208-1301

Katherine G. Treistman
ORRICK, HERRINGTON &
  SUTCLIFFE, LLP
1301 McKinney Street, Suite 4100
Houston, Texas 77010
ktreistman@orrick.com

*/s/ Zack A. Clement*
Zack A. Clement

5