

Activity in Case 4:19-cv-00122 Walker et al v. Directory Distributing Associates, Inc. et al Notice of Removal Petition
Moed_AutoSend
to:
MOED_ECF_Notification
01/29/2019 02:42 PM
Hide Details
From: Moed_AutoSend@moed.uscourts.gov

To: MOED_ECF_Notification@moed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Eastern District of Missouri**

**Notice of Electronic Filing**

The following transaction was entered on 1/29/2019 at 2:41 PM CST and filed on 11/23/2016
**Case Name:**       Walker et al v. Directory Distributing Associates, Inc. et al
**Case Number:**   [4:19-cv-00122](4:19-cv-00122)
**Filer:**                 Laura Washington
                              Roland E. Schmidt
                              Directory Distributing Associates, Inc.
                              Steve Washington
                              Sandy Sanders
                              Richard Price

**Document Number:** 1

**Docket Text:**
**NOTICE OF REMOVAL from District Court of Harris County, Texas, case number 2011-50578, Jury Demand,, filed by Laura Washington, Roland E. Schmidt, Directory Distributing Associates, Inc., Steve Washington, Sandy Sanders, Richard Price. (Attachments: # (1) Exhibit Index of Exhibits, # (2) Exhibit 2, # (3) Exhibit 3, # (4) Exhibit 4, # (5) Exhibit 5, # (6) Exhibit 6, # (7) Exhibit 7, # (8) Exhibit 8, # (9) Exhibit 9, # (10) Exhibit 10, # (11) Exhibit 11, # (12) Exhibit 12, # (13) Exhibit 13, # (14) Exhibit 14, # (15) Exhibit 15, # (16) Exhibit 16, # (17) Exhibit 17, # (18) Exhibit 18, # (19) Exhibit 19, # (20) Exhibit 20, # (21) Exhibit 21, # (22) Exhibit 22)(JWD)**

**4:19-cv-00122 Notice has been electronically mailed to:**

Robert E. Eggmann, III    ree@carmodymacdonald.com, ala@carmodymacdonald.com, emr@carmodymacdonald.com, jab@carmodymacdonald.com, jik@carmodymacdonald.com

Brian E. McGovern    bmcgovern@mlklaw.com, courts@mlklaw.com

Gregory D. Willard    gwillard@dubllc.com

U.S. BANKRUPTCY COURT    CAMailbox@moeb.uscourts.gov

Bonnie L. Clair    blcattymo@summerscomptonwells.com

Alexander Lee Moen    amoen@dubllc.com, gwillard@dubllc.com

Cynthia Thomson Diggs    cdiggs@holmesdiggs.com

Judith Sadler    jsadler@holmesdiggs.com

Zack A. Clement    zack.clement@icloud.com

Julie A. Totten    jatotten@orrick.com

Marc A. Levinson    Malevinson@orrick.com

Katherine G. Treistman    ktreistman@orrick.com

Richard W. Mithoff    rmithoff@mithofflaw.com

Russell S. Post    rpost@beckredden.com

L. Don Luttrell    uhdluttrell@aol.com

**4:19-cv-00122 Notice has been delivered by other means to:**

Johnie Patterson
WALKER & PATTERSON P.C.
P.O. Box 61301

Houston, TX 77208

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-0
] [49fa04c0fc69c1da46722ed0dc74164c8a11a9e404ee28b0334ada3da7270195874
9045fe9fed85b9f560b9feeed9f920feee880d09bd84f73a5f332a86ad3a3]]
**Document description:** Exhibit Index of Exhibits
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
] [1eeaf1611fa9dd161bc806d3061686ad1710e8000da720f49cd3f62a540a2b1e0bb
80efa68c52dfefdbc4b385be1e806452d14359f96e1cfc8884c63f6435360]]
**Document description:** Exhibit 2
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-2
] [7f9f85b934e0f163d58f52dfdf3da35b7f9a4212e6a0e244bf22e3f4e68ce6fca78
087825794880739d9518cf79f4bf81700d15b4e4207c66a447cfd0daddae4]]
**Document description:** Exhibit 3
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-3
] [8366f332c56d8b3f12d7c41155fd2e4751c80dc5520c8b2be368f5684cf465d11be
54b0056e6cf8e588a3a89427d1e747f956e05cbcef27f7a65215dc6c8fd1b]]
**Document description:** Exhibit 4
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-4
] [697dfb1fd2b8b80a63f55f910ede3dc6e61b16c01b66e23be26978535098c2fcb74
153c75d97ff4b01be60c5db07a2437cd969631d0abb7c0a23675e02b226cd]]
**Document description:** Exhibit 5
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-5
] [836a0b2bff216d19dc067f35c94d37838ead565d0d65ed691d7d054ad4cb2e0433b
954076895fa2eeb9eae72044420dc0309d52448288311725d50eb828be77c]]
**Document description:** Exhibit 6
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-6
] [47bcb3def9d3fcd8011ff59cd6280f9286069e9408dc2c8d5a283607b89f790c28b
66d0b650aaf64cc7917e4018764006d9cf3922f7e129ec7ee6df33c21e46d]]
**Document description:** Exhibit 7
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-7
] [5926e8f1a50ef71d725b376dce669cb8bf3b1e75ca23938976805cdbe7aee8965c5

ea60a44043e3cb33b7f33886c49b712c3c2ae47f590788e07f3e828af22ab]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-8
] [00f8057d8e856c632da09afe196a49a97c67229ff625829ae2dd26a97dd645e20b7
117c055b500c712bbf02d9eab3c8bad8f40f7075852bafe2e3f4427925b92]]
**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-9
] [9ed56c3e779c69f2b7fb139ca2ca4c365050050d9cd0f9a63c9d54d5dbe5bbd29cc
6b07f5905d9ecc8fd846b9dbf7fa65db067a11e772876f1102302276a6a23]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
0] [7b6525cd1c02e75dfbf177eb927ed6e7d3325901e76a23fe420f554bdb47d27bdc
69b0f68e12b2d96794eb075f7a08effd761adbdf4b1c34174f588a59fabdc7]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
1] [1c32ce931d169594943dd5ef3994acd367ce2b20028aeb2cb822e495426155178e
b3c5456380e64ed915d97bd0bc8e8f67447c9febb22180497feaeb6a406310]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
2] [a97cfb64ce3cea3691098d75307de8121a7de9412e68015121ebf6018a9c96abe2
d7831a8b14277eca5facc3dd9b712537a613e460268fa8a0ec14aa20d5d82b]]
**Document description:**Exhibit 13
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
3] [b18b81bd6383cb92358c53e6b9ef17041db668acf59e9b068f6bc3843b1ebf98b3
b396cca0fe48b567d96c40d3a1f7c1fb7fafaa7903102df4e23de0a7972e07]]
**Document description:**Exhibit 14
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
4] [311de0a9fce3bb7bad2e929dab1194340380aa9f5a8200116a3644c80fe522c058
800c0b364c17adfff7273b5ee2124f2cbfdb52b7a5c3c5129a7a3a68bcb66b]]
**Document description:**Exhibit 15
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-1
5] [16913b4354005c5295a73d937211474226e119266549d4ecb00c0ab01ba5b59bb1
715d2662dfa89d11283bd359e798a9c6f7cacac78ad0bf1b4a1729c4740087]]
**Document description:**Exhibit 16
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-16] [a1c1e41a70ef340dc48ca220e1fed74344a06b8f025380c45856c70f4c2dbc258120ba43d3e3018050af0fbd6aba09898c58a4a87f34da66b76e4c1835cee3e3]]
**Document description:** Exhibit 17
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-17] [527f2b9253acc3e025a42ba419021b51e783db6ca58d09b8b59146c6a84b27d1ee059ff0c1f3fd4c28b0453c50c1197a6d458826123c8008c8d7d86f0b19c74d]]
**Document description:** Exhibit 18
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-18] [003e1801c7df4dd0c2758d15b0fa9ba59ff82d8851b288a1aaacf868df861fc4832f79bb9d250b2e8b01834b1e62940925aa85642e87ccd987a5e429ce42d247]]
**Document description:** Exhibit 19
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-19] [2d43648377eaa80d1cca419dc36426e0dbeb733219c1f008285598420088151c43a0ca9a13ee1cfaafca7bbf83b5abdd1641cf2b65e7834ca0eb3229d77ddd72]]
**Document description:** Exhibit 20
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-20] [909b59f208574f422805b8acaa6efbb6d03378bfc93fe481c3a3dc59dc8c103e98bd5d7c0b76902adcdf0e3add81740720eba4d2599aeb28ed079821ebd63eb0]]
**Document description:** Exhibit 21
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-21] [46d56c2836e093a6bea9e70df95f66aa5dd8bbd76a3457778625f2e37499f55856bf3bd8dae947f6bf82bd0cfc6c04987f4f640856c1b13932dea0f324b00306]]
**Document description:** Exhibit 22
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/29/2019] [FileNumber=7977458-22] [3e99c6763eaf4483fe69ebfc68ff6964b4db875ba730fd464e46d23dad8d1b77f4a2e2b39b42eb23ca33f6333dc220827b2c42190b6ac2ad7016c2f659f9000c]]